## STATE OF CONNECTICUT *v.* WILLIAM TAFT

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 19 (AC 18629), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly denied the defendant's motion for a mistrial?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16305.

*Richard E. Condon, Jr.,* deputy assistant public defender, in support of the petition.

*Robert M. Spector,* deputy assistant state's attorney, in opposition.